IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

EUGENE JOHNSON, Petitioner,

                Plaintiff,        Case No. 3:06 CV 2816

  -vs-

                                O  R  D  E  R

RICH GANSHEIMER, Warden,

                Defendant.

KATZ, J.

      This Court previously issued an order adopting the Magistrate Judge's Report & Recommendation (Doc. No. 18). Thereafter, Respondent was granted leave to file objections, which were filed and as to which Petitioner has filed a response (Doc. Nos. 20 & 24).

      Having reviewed all the above noted filings, the Court finds the Respondent's objections unpersuasive and will reinstate it's May 30, 2008 order adopting the Report & Recommendation granting Petitioner's request for an evidentiary hearing..

      IT IS SO ORDERED.

                                                S/ *David A. Katz*
                                                DAVID A. KATZ
                                                U. S. DISTRICT JUDGE